IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00773-BNB

JAMES J. BOWERS,

    Plaintiff,

v.

ROCK PRODUCT C/O ROCKY SOUTHWAY,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 9 2010

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED April 9, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00773-BNB

James J. Bowers
511 Main St. Apt. 4
Alamosa, CO 81101

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/9/10

                                                         GREGORY C. LANGHAM, CLERK

                                                         By                                
                                                               Deputy Clerk